UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN LANDI and LORI LANDI,
Husband

       Plaintiffs,

v.                                                           Case No: 2:17-cv-701-FtM-99MRM

HOME DEPOT USA, INC. and
MAKITA USA, INC.,

       Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Leonard Gabourel's Motion for Taxation of Costs (Doc. 8) filed in State Court on December 15, 2017. (Doc. 8). This case was initially filed in State Court against Home Depot USA, Inc., Makita USA, Inc., and Gabourel (a non-diverse defendant). (Doc. 2). The case was removed to this Court based upon diversity jurisdiction on December 19, 2017 by Defendants Home Depot USA, Inc. and Makita USA, Inc., following the entry of final summary judgment in Gabourel's favor. (Doc. 2). Home Depot and Makita state in the Notice of Removal that Gabourel is no longer a party to this case and therefore, Gabourel did not need to consent to removal. (*Id.* at 2). Therefore, the Court will terminate Gabourel's Motion for Taxation of Costs, which was filed in State Court prior to removal by a non-diverse defendant who is not a party to this case, and which the Court otherwise would not have jurisdiction to consider.

---

[1] Disclaimer: Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.

Accordingly, it is now

**ORDERED:**

Leonard Gabourel's Motion for Taxation of Costs (Doc. 8) is **terminated**.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of January, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record